***FILING FEE PAID*** (Yes) ___ No

## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Bucci_____ (JAD)/TPA/CMB/GLT

Case Number: __19-23349__

Date of Meeting: __10/21/19__                                   Recording # __2__
Debtor(s) present __✓__ or Not Present ____ (__ No Payments Made or __✓__ partial payments)
Attorney for debtor(s) __A. Steidl__ (Present __✓__ or Not Present ____)
Date of Plan at § 341: __8-28-19__  Applicable commitment period ___ 3 yrs __✓__ 5 yrs

[FILED 2019 OCT 23 PM 1:37 — U.S. BANKRUPTCY COURT stamp]

____ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD
                                        ____ Order to Show Cause Requested
                                        ____ To be rescheduled by Clerk

__✓__ Confirmation Order recommended ____ Final __✓__ Interim
____ Amended Plan due: _____; Objections due: _____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
        ____ 341 Meeting  OR  __✓__ Conciliation Conf. OR ___ *Contested Hearing
On __3-12-20__                    at __1:00__ am/pm Location _____

                                                    __Kate DeSimone__