IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Anthony M. Bucci, ) | Case No. 19-23349 JAD |
| *Debtor* ) | Chapter 13 |
| ) | Related to Document No. 28 |
| Anthony M. Bucci, ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Midland Funding, ) | |
| *Respondent* ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on January 21, 2020, a true and correct copy of the *Order of Court dated January 16, 2020* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**First Class Mail:**

Daniel J. Santucci, Esq.
1 International Plaza, 5th Floor
Philadelphia, PA 19113

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Midland Credit Management
Attn: Ryan Bell, COO
350 Camino De La Reina, Suite 100
San Diego, CA 92108

Date of Service: January 21, 2020

/s/ Abagale Steidl
Abagale Steidl, Esquire
Attorney for the Debtors

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
asteidl@steidl-steinberg.com
PA I.D. No. 319217