UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                    Bankr. Case No. 19-23349-JAD

Anthony M. Bucci                                                                    Chapter 13
    Debtor(s)

### REQUEST FOR NOTICE

  Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    ACAR Leasing Ltd. d/b/a GM Financial Leasing
    PO Box 183853
    Arlington, TX  76096

By /s/ Lorenzo Nunez

    Lorenzo Nunez
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                  Bankr. Case No. 19-23349-JAD

Anthony M. Bucci                                                                 Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on August 6, 2020 :

| | |
|---|---|
| Abagale E. Steidl | Ronda Winnecour |
| 707 Grant Street | 600 Grant Street |
| 28th Floor - Gulf Tower | Suite 3250 USX Tower |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15219 |

By  /s/ Lorenzo Nunez
     Lorenzo Nunez

xxxxx72707 / 999005