**Form 410**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Anthony M. Bucci**
    Debtor(s)

Bankruptcy Case No.: 19–23349–JAD
Doc. #37
Chapter: 13
Docket No.: 38 – 37
Concil. Conf.: January 21, 2021 at 10:00 AM

## <u>ORDER</u>

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **November 30, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

### OR

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **December 14, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **January 21, 2021** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 14, 2020

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## **INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 19-23349-JAD

Anthony M. Bucci                                                                Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: skoz                                   Page 1 of 3

Date Rcvd: Oct 14, 2020                 Form ID: 410                        Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony M. Bucci, 11613 Dartmoor Dr., North Huntingdon, PA 15642-6756 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15128864 | + | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15282510 | + | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 15148305 | + | Bank of Missouri, c/o Total Card, Inc., 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 15111102 | + | Cenlar Mortgage, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15152035 | + | Cenlar, FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 15111105 | + | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15111107 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15111109 | + | I.C. System, Inc., Po Box 64378, Saint Paul, MN 55164-0378 |
| 15111110 | + | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1271 |
| 15120096 | + | Midland Funding, c/o Daniel Joseph Santucci, Esq., 1 International Plaza, 5th Fl, Philadelphia, PA 19113-1510 |
| 15111114 | + | Santander Consumer USA, Po Box 961275, Fort Worth, TX 76161-0275 |
| 15111115 | + | Total Visa/Bank of Missouri, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15111116 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| | | | Oct 15 2020 02:23:38 | |
| 15111096 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| | | | Oct 15 2020 03:42:00 | |
| 15111100 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| | | | Oct 15 2020 02:23:37 | |
| 15111098 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| | | | Oct 15 2020 02:23:37 | |
| 15117303 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| | | | Oct 15 2020 02:25:28 | |
| 15111104 | + | Email/PDF: creditonebknotifications@resurgent.com | | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| | | | Oct 15 2020 02:25:29 | |
| 15111103 | + | Email/PDF: creditonebknotifications@resurgent.com | | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| | | | Oct 15 2020 02:21:51 | |
| 15151189 | + | Email/Text: kburkley@bernsteinlaw.com | | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| | | | Oct 15 2020 03:55:00 | |
| 15147663 | | Email/PDF: resurgentbknotifications@resurgent.com | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| | | | Oct 15 2020 02:23:41 | |
| 15111112 | + | Email/Text: bankruptcydpt@mcmcg.com | | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| | | | Oct 15 2020 03:54:00 | |

| 15141279 | + Email/Text: bankruptcydpt@mcmcg.com | | |
|---|---|---|---|
| | | Oct 15 2020 03:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15130242 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Oct 15 2020 03:54:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15120543 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Oct 15 2020 03:42:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15112083 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 15 2020 02:21:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15145998 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | Oct 15 2020 02:25:41 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15111117 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Oct 15 2020 03:41:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ACAR Leasing LTD dba GM Financial Leasing |
| cr | | FBC Mortgage, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15111097 | *+ | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15120080 | *+ | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15120081 | *+ | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15111101 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15120084 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15120085 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15111099 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15120082 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15120083 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15120086 | *+ | Cenlar Mortgage, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15120088 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15120087 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15111106 | *+ | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15120089 | *+ | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15120090 | *+ | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15111108 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15120091 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15120092 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15120093 | *+ | I.C. System, Inc., Po Box 64378, Saint Paul, MN 55164-0378 |
| 15111111 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1271 |
| 15120094 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1271 |
| 15120095 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1271 |
| 15111113 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15120097 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15120098 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15120099 | *+ | Santander Consumer USA, Po Box 961275, Fort Worth, TX 76161-0275 |
| 15120100 | *+ | Total Visa/Bank of Missouri, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15120101 | * | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 15120102 | *+ | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 2 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0315-2
Date Rcvd: Oct 14, 2020

User: skoz
Form ID: 410

Page 3 of 3
Total Noticed: 31

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020                    Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Anthony M. Bucci asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor FBC Mortgage  LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com |

TOTAL: 6