# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 19−23349-JAD** |
| **Anthony M. Bucci** | ) | |
| | ) | **Chapter 13** |
| Debtor(s). | ) | |
| _____ | X | Related to Doc. #37 and 43 |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***:**

☒ a motion to dismiss case or certificate of default requesting dismissal

☐ a plan modification sought by: _____

☐ a motion to lift stay
as to creditor    _____

☐ Other:    _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated August 28, 2019
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Debtor(s) Plan payments shall be changed from $4000 to $3586 per month, effective 2/21; and/or the Plan term shall be changed from 60 months to 84 months.

-1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____
_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:
➢ Trustee's Certificate of Default (Doc #37) is treated as resolved by this Order.
➢ CARES Act extension. Debtor has lost income (auto sales) due to Covid-19. Plan confirmed final on 3/17/20 (which is prior to 3/27/20).
➢ The secured claim(s) of Cenlar FSB Cl #13 shall govern, and then following all allowed post-petition payment change notices filed of record prior to 1/15/21. Local Rule(s) 3002-4 and 3002-5 for any PCN and PPFNs filed after the indicated date remains in effect.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 22nd day of January, 2021

_____sjk
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:                                  Stipulated by:

/s/ Abagale Steidl                              /s/ Owen W. Katz
Counsel to Debtor                               Counsel to Chapter 13 Trustee


Stipulated by:

_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

FILED
1/22/21 2:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:            Case No. 19-23349-JAD

Anthony M. Bucci            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: culy            Page 1 of 3

Date Rcvd: Jan 22, 2021            Form ID: pdf900            Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony M. Bucci, 11613 Dartmoor Dr., North Huntingdon, PA 15642-6756 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15128864 | + | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15282510 | + | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 15148305 | + | Bank of Missouri, c/o Total Card, Inc., 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 15111102 | + | Cenlar Mortgage, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15152035 | + | Cenlar, FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 15111105 | + | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15111107 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15111109 | + | I.C. System, Inc., Po Box 64378, Saint Paul, MN 55164-0378 |
| 15111110 | + | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15120096 | + | Midland Funding, c/o Daniel Joseph Santucci, Esq., 1 International Plaza, 5th Fl, Philadelphia, PA 19113-1510 |
| 15111114 | + | Santander Consumer USA, Po Box 961275, Fort Worth, TX 76161-0275 |
| 15111115 | + | Total Visa/Bank of Missouri, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15111116 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2021 03:42:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15111096 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 23 2021 03:18:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15111100 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 23 2021 03:42:48 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15111098 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 23 2021 03:36:08 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15117303 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 23 2021 03:47:39 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15111104 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 23 2021 03:42:50 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15111103 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 23 2021 03:36:12 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15151189 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 23 2021 03:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15147663 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2021 03:36:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15111112 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2021 03:18:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |

Case 19-23349-JAD    Doc 45    Filed 01/24/21    Entered 01/25/21 00:36:21    Desc Imaged
                        Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: culy | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 22, 2021 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15141279 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2021 03:18:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15130242 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 23 2021 03:19:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15120543 | | Email/Text: bnc-quantum@quantum3group.com | Jan 23 2021 03:18:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15112083 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 23 2021 03:47:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15145998 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 23 2021 03:43:07 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15111117 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 23 2021 03:18:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ACAR Leasing LTD dba GM Financial Leasing |
| cr | | FBC Mortgage, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15111097 | *+ | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15120080 | *+ | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15120081 | *+ | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15111101 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15120084 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15120085 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15111099 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15120082 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15120083 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15120086 | *+ | Cenlar Mortgage, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15120088 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15120087 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15111106 | *+ | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15120089 | *+ | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15120090 | *+ | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15111108 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15120091 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15120092 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15120093 | *+ | I.C. System, Inc., Po Box 64378, Saint Paul, MN 55164-0378 |
| 15111111 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15120094 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15120095 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15111113 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15120097 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15120098 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15120099 | *+ | Santander Consumer USA, Po Box 961275, Fort Worth, TX 76161-0275 |
| 15120100 | *+ | Total Visa/Bank of Missouri, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15120101 | * | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 15120102 | *+ | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 2 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 3 of 3 |
| Date Rcvd: Jan 22, 2021 | Form ID: pdf900 | Total Noticed: 31 |

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2021                    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Anthony M. Bucci asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor FBC Mortgage  LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 6