IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19-23349 JAD |
| Anthony M. Bucci, | ) | Chapter 13 |
|    *Debtor* | ) | Docket No. |
| | ) | |
| Anthony M. Bucci, | ) | |
|    *Movant* | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| ACAR Leasing LTD d/b/a GM Financial Leasing, Bank of | ) | Related to Doc. #48 |
| Missouri, Capital One, Cenlar Mortgage, Credit One Bank, | ) | |
| Duquesne Light Company, First Premier Bank, IC System | ) | |
| Inc., LVNV Funding, LLC, Midland Funding, Office of the | ) | |
| US Trustee, PRA Receivables Management, LLC, PA | ) | |
| Dept. of Revenue, Peoples Natural Gas Company LLC, | ) | |
| Premier Bankcard, LLC, Quantum3 Group LLC, Santander | ) | |
| Consumer, Synchrony Bank, Verizon Wireless, and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|    *Respondents* | ) | |

## ORDER OF COURT

AND NOW, to wit, this <u>16th</u> day of <u>March</u>, 2022, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The *Order* is **GRANTED** as provided by the terms of this *Order*. Debtor is authorized to obtain secured financing for the purchase or lease of a replacement vehicle on the following terms:

    (a) the total amount of financing **shall not exceed $35,000.00**; and

    (b) the monthly payments made under the financing agreement **shall not exceed $750.00**; and

    (c) the interest rate **shall not exceed 21%**

2. To the extent that Debtors secure financing for the purchase or lease of a new vehicle, such payments **shall be made through the chapter 13 plan**. Within **30 DAYS** of securing

such financing, Debtors shall file:

    (a)    an amended chapter 13 plan; and

    (b)    a report of financing which will include the details of the automobile financing.

3. To ensure the prompt and timely payment of the automobile loan or lease, Debtors shall make a supplemental payment to the chapter 13 trustee **within 7 days** of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on the loan or lease. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

4. Pending confirmation of any amended plan providing for the new post-petition loan or lease payments, the trustee is authorized to make monthly adequate protection payments to a lender that will be determined at the time of vehicle financing. A consent order providing for adequate protection payments for the new vehicle will be filed within 7 days of vehicle financing providing for the contract amount so long as sufficient supplemental funds are provided by Debtors.

5. Notwithstanding the inclusion of the postpetition loan within an amended chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the post-petition vehicle lender.

6. Debtors shall serve copies of this *Order* on all creditors eligible to receive distributions through the chapter 13 plan and file proof of the same with the Court.

_____  sjk
Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
3/16/22 3:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Anthony M. Bucci  
    Debtor

Case No. 19-23349-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Mar 16, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2022:**

**Recip ID**    **Recipient Name and Address**  
db    + Anthony M. Bucci, 11613 Dartmoor Dr., North Huntingdon, PA 15642-6756

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2022 at the address(es) listed below:**

**Name**    **Email Address**

Abagale E. Steidl  
    on behalf of Debtor Anthony M. Bucci asteidl@steidl-steinberg.com  
    julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Brian Nicholas  
    on behalf of Creditor FBC Mortgage  LLC bnicholas@kmllawgroup.com

Keri P. Ebeck  
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee  
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour  
    cmecf@chapter13trusteewdpa.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

S. James Wallace
                  on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 6