-IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-23349 JAD |
| Anthony M. Bucci, ) | Chapter 13 |
| *Debtor* ) | Docket No. |
| ) | |
| Anthony M. Bucci, ) | |
| *Movant* ) | |
| ) | |
| VS. ) | Related to Docs. #48, 52 and 54 |
| ) | |
| ACAR Leasing LTD d/b/a GM Financial Leasing, Bank of ) | |
| Missouri, Capital One, Cenlar Mortgage, Credit One Bank, ) | |
| Duquesne Light Company, First Premier Bank, IC System ) | |
| Inc., LVNV Funding, LLC, Midland Funding, Office of the ) | |
| US Trustee, PRA Receivables Management, LLC, PA ) | |
| Dept. of Revenue, Peoples Natural Gas Company LLC, ) | |
| Premier Bankcard, LLC, Quantum3 Group LLC, Santander ) | |
| Consumer, Synchrony Bank, Verizon Wireless, and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| *Respondents* ) | |

## CONSENT ORDER OF COURT

AND NOW, to wit, this _____12th_____ day of _____April_____, 2022, it is
hereby ORDERED, ADJUDGED, and DECREED, that the Order Approving Post-petition
Automobile Financing dated March 16, 2022 is amended as to the following terms:

1. The Order is GRANTED as provided by the terms of this Order. Debtor is authorized
   to obtain secured financing for the purchase or lease of a replacement vehicle with
   VIN 1C4RJKBG4N8582798 on the following terms:

   a. the total amount of financing shall not exceed $35,000.00; and/or

   b. the monthly payments made under the financing agreement shall not
      exceed $750.00; and

   c. the interest rate shall not exceed 21%

2. Debtor is currently looking at a lease with a monthly payment of approximately
   $729.00 and the total amount of payments over the lease term will be less than
   $35,000.00.

3.  The Debtors will file a report of financing and an amended Chapter 13 Plan  within
    30 days of vehicle purchase.

_____

Honorable Jeffery A. Deller
U.S. Bankruptcy Judge

/s/ James Warmbrodt_____               /s/ Abagale Steidl_____
James Warmbrodt, Esquire                 Abagale Steidl, Esquire
Office of the Chapter 13 Trustee         Attorney for the Debtor

FILED
4/12/22 7:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 19-23349-JAD
Anthony M. Bucci                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                         User: auto                                    Page 1 of 2
Date Rcvd: Apr 12, 2022                       Form ID: pdf900                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

**Recip ID          Recipient Name and Address**
db              +  Anthony M. Bucci, 11613 Dartmoor Dr., North Huntingdon, PA 15642-6756

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2022                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:**

**Name                          Email Address**

Abagale E. Steidl
                              on behalf of Debtor Anthony M. Bucci asteidl@steidl-steinberg.com
                              julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@st
                              eidl-steinberg.com;jseech@steidl-steinberg.com

Brian Nicholas
                              on behalf of Creditor FBC Mortgage  LLC bnicholas@kmllawgroup.com

Keri P. Ebeck
                              on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
                              ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                              cmecf@chapter13trusteewdpa.com

S. James Wallace

District/off: 0315-2                               User: auto                                    Page 2 of 2
Date Rcvd: Apr 12, 2022                       Form ID: pdf900                             Total Noticed: 1

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 6