IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-23349 JAD |
| Anthony M. Bucci, ) | Chapter 13 |
| *Debtor* ) | Docket No. |
| ) | |
| Anthony M. Bucci, ) | |
| *Movant* ) | |
| ) | Related to Doc. #57 |
| VS. ) | |
| ) | |
| ACAR Leasing LTD d/b/a GM Financial Leasing, Bank of ) | |
| Missouri, Capital One, Cenlar Mortgage, Credit One Bank, ) | |
| Duquesne Light Company, First Premier Bank, IC System ) | |
| Inc., LVNV Funding, LLC, Midland Funding, Office of the ) | |
| US Trustee, PRA Receivables Management, LLC, PA ) | |
| Dept. of Revenue, Peoples Natural Gas Company LLC, ) | |
| Premier Bankcard, LLC, Quantum3 Group LLC, Santander ) | |
| Consumer, Synchrony Bank, Verizon Wireless, and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| *Respondents* ) | |

## ORDER OF COURT

AND NOW, to wit, this __15th__ day of __April__, 2022, it is hereby ORDERED, ADJUDGED and DECREED, that the debtor, Anthony M. Bucci, is hereby granted an extension until June 14, 2022 to secure financing for a vehicle, to file a Report of Financing and to file an Amended Chapter 13 Plan.

_____ sjk
U.S. Bankruptcy Judge
Jeffery A. Deller

FILED
4/15/22 9:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23349-JAD |
| Anthony M. Bucci | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 15, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony M. Bucci, 11613 Dartmoor Dr., North Huntingdon, PA 15642-6756 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Anthony M. Bucci asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor FBC Mortgage LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Apr 15, 2022 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 6