IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-23349 JAD |
| Anthony M. Bucci, ) | Chapter 13 |
| *Debtor* ) | Related to Docket No. 52 & 55  and 63 |
| ) | |
| Anthony M. Bucci, ) | |
| *Movants* ) | |
| ) | |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, Esq., Trustee ) | |
| Respondent ) | |

### CONSENT ORDER AMENDING STIPULATED ORDER MODIFYING PLAN DATED JANUARY 22, 2021

AND NOW, comes the Debtor and the Chapter 13 Standing Trustee, through counsel, and aver the following:

WHEREAS:

1. This case was filed on August 26, 2019;
2. The Debtor sought an order permitting post-petition vehicle financing. That order was entered on March 16, 2022 at Doc. 52.
3. Debtor was approved for leasing through Monroeville Chrysler Jeep. The monthly payment is $729.10 and the first payment is due by April 15, 2022. The Debtor has provided the Trustee with the account number.
4. Debtor has filed an amended plan to include the new obligation, and the confirmation hearing is scheduled for June 16, 2022 at 9:30 a.m.
5. Debtor is desirous of making adequate protection payments pending confirmation of the newer amended plan.
6. The Trustee is expected to hold sufficient funds to make the adequate protection payments without impact on existing creditors.

IT IS AGREED AND ORDERED:

1. The January 22, 2021, order modifying Debtor's plan dated August 28, 2019, is hereby amended to include, under Part "Other" the following: The Trustee is authorized to pay

adequate protection payments to Monroeville Chrysler Jeep in the monthly sum of $729.10 beginning with the first payment due April 15, 2022 and each month thereafter until further Order of Court.

2. The Trustee is authorized to disburse this adequate protection payment in the next distribution cycle practicable and each monthly cycle thereafter pending confirmation of the pending plan.

Consented to:

/s/ Abagale Steidl
Abagale Steidl, Esq.
Attorney for Debtor

/s/ Kate DeSimone
Kate DeSimone, Esq.
Attorney for Trustee

So Ordered:

_____  Dated: 5/17/2022
sjk
Jeffery A. Deller
United States Bankruptcy Judge

FILED
5/17/22 11:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 19-23349-JAD

Anthony M. Bucci   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: auto   Page 1 of 3

Date Rcvd: May 17, 2022   Form ID: pdf900   Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony M. Bucci, 11613 Dartmoor Dr., North Huntingdon, PA 15642-6756 |
| 15111102 | + | Cenlar Mortgage, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15480861 | + | Monroeville Chrysler Jeep, 3651 William Penn Highway, Monroeville, PA 15146-2123 |
| 15111116 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 17 2022 23:48:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 17 2022 23:50:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15128864 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 17 2022 23:51:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15282510 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 17 2022 23:51:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 15111096 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 17 2022 23:51:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15148305 | + | Email/Text: bknotices@totalcardinc.com | May 17 2022 23:51:00 | Bank of Missouri, c/o Total Card, Inc., 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 15152035 | | Email/Text: BKelectronicnotices@cenlar.com | May 17 2022 23:50:00 | Cenlar, FSB, 425 Phillips Boulevard, Ewing, NJ 08618 |
| 15111100 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2022 23:48:37 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15111098 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2022 23:48:24 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15117303 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2022 23:48:24 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15111104 | + | Email/PDF: creditonebknotifications@resurgent.com | May 18 2022 00:00:34 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15111103 | + | Email/PDF: creditonebknotifications@resurgent.com | May 18 2022 00:00:34 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15151189 | + | Email/Text: kburkley@bernsteinlaw.com | May 17 2022 23:51:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15111105 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 17 2022 23:48:08 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |

Case 19-23349-JAD  Doc 65  Filed 05/19/22  Entered 05/20/22 00:25:08  Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2022 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15111107 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 17 2022 23:48:25 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15111109 | + | Email/Text: Bankruptcy@ICSystem.com | May 17 2022 23:51:00 | I.C. System, Inc., Po Box 64378, Saint Paul, MN 55164-0378 |
| 15147663 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2022 00:00:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15111110 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2022 23:51:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15111112 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2022 23:51:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15120096 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2022 23:51:00 | Midland Funding, c/o Daniel Joseph Santucci, Esq., 1 International Plaza, 5th Fl, Philadelphia, PA 19113-1510 |
| 15141279 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2022 23:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15130242 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 17 2022 23:51:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15120543 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2022 23:51:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15111114 | + | Email/Text: enotifications@santanderconsumerusa.com | May 17 2022 23:51:00 | Santander Consumer USA, Po Box 961275, Fort Worth, TX 76161-0275 |
| 15112083 | + | Email/PDF: gecsedi@recoverycorp.com | May 17 2022 23:48:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15111115 | + | Email/Text: bknotices@totalcardinc.com | May 17 2022 23:51:00 | Total Visa/Bank of Missouri, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15145998 | | Email/PDF: ebn_ais@aisinfo.com | May 17 2022 23:48:26 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15111117 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 17 2022 23:50:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ACAR Leasing LTD dba GM Financial Leasing |
| cr | | FBC Mortgage, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15111097 | *+ | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15120080 | *+ | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15120081 | *+ | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15111101 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15120084 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15120085 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15111099 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15120082 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15120083 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15120086 | *+ | Cenlar Mortgage, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15120088 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15120087 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15111106 | *+ | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |

Case 19-23349-JAD    Doc 65    Filed 05/19/22    Entered 05/20/22 00:25:08    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2022 | Form ID: pdf900 | Total Noticed: 32 |

| 15120089 | *+ | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15120090 | *+ | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15111108 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15120091 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15120092 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15120093 | *+ | I.C. System, Inc., Po Box 64378, Saint Paul, MN 55164-0378 |
| 15111111 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15120094 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15120095 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15111113 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15120097 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15120098 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15120099 | *+ | Santander Consumer USA, Po Box 961275, Fort Worth, TX 76161-0275 |
| 15120100 | *+ | Total Visa/Bank of Missouri, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15120101 | * | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 15120102 | *+ | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 2 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Anthony M. Bucci asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor FBC Mortgage  LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 6