Shubham Tandlekar
Ally Bank Lease Trust
4515 N Santa Fe Ave. Dept.
APS Oklahoma City OK 73118
(800) 946-0332

IN THE UNITED STATES BANKRUPTCY COURT
FOR : WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ANTHONY M. BUCCI

DEBTOR(S)

CASE NO. 19-23349

CHAPTER 13

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER 14-1

COMES NOW, AIS Portfolio Services, LP, bankruptcy servicer for Ally Bank Lease Trust and files this its Notice of Withdrawal of Proof of Claim Number 14-1 filed by Shersingh Rathod and requests that its Claim in the above-styled and numbered case on 02/09/2023 be withdrawn.

Respectfully submitted,

/s/ Shubham Tandlekar

Shubham Tandlekar
Ally Bank Lease Trust
4515 N Santa Fe Ave. Dept. APS
Oklahoma City OK 73118
(800) 946-0332

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Notice of Withdrawal was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 09th day of February, 2023.

/s/ Shubham Tandlekar

Shubham Tandlekar

**DEBTOR ATTORNEY:**

ABAGALE E STEIDL
STEIDL & STEINBERG
707 GRANT STREET, 28TH FLOOR - GULF TOWER,PITTSBURGH,PA 15219

**TRUSTEE:**

RONDA J WINNECOUR
SUITE 3250 USX TOWER
600 GRANT STREET,
PITTSBURGH,PA 15219