IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-23349 JAD |
| Anthony M. Bucci, ) | Chapter 13 |
| *Debtor* ) | |
| ) | Related to ECF Nos. 74, 77, 78, 79 |
| Anthony M. Bucci, ) | |
| *Movant* ) | |
| ) | |
| Vs. ) | |
| ) | |
| Ronda Winnecour, Trustee, ) | |
| *Respondents* ) | |

## ORDER OF COURT

AND NOW, to wit, this 20th day of September, 2023, it is hereby ORDERED, ADJUDGED, and DECREED that the Order of Court dated September 6, 2023 dismissing the Debtors' Chapter 13 Case is VACATED and the case is reinstated.

The conciliation conference on the Trustee's Certificate of Default to Dismiss Case [ECF 74] scheduled for October 26, 2023 at 9 a.m. befoe the Chapter 13 Trustee shall proceed.

FILED
9/20/23 8:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
JEFFERY A. DELLER jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
　　Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 19-23349-JAD
Anthony M. Bucci   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: Sep 20, 2023  Form ID: pdf900  Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol   Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony M. Bucci, 11613 Dartmoor Dr., North Huntingdon, PA 15642-6756 |
| 15111102 | + | Cenlar Mortgage, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15480861 | + | Monroeville Chrysler Jeep, 3651 William Penn Highway, Monroeville, PA 15146-2123 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 20 2023 23:39:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 20 2023 23:21:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15128864 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 20 2023 23:21:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15282510 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 20 2023 23:21:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 15569861 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2023 23:39:47 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15111096 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 20 2023 23:21:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15148305 | + | Email/Text: bknotices@totalcardinc.com | Sep 20 2023 23:22:00 | Bank of Missouri, c/o Total Card, Inc., 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 15152035 | | Email/Text: BKelectronicnotices@cenlar.com | Sep 20 2023 23:21:00 | Cenlar, FSB, 425 Phillips Boulevard, Ewing, NJ 08618 |
| 15111100 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 21 2023 00:57:11 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15111098 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2023 23:40:04 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15117303 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2023 23:39:53 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15111104 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2023 23:39:49 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15111103 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2023 23:39:48 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15151189 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 20 2023 23:22:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15111105 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

Case 19-23349-JAD   Doc 81   Filed 09/22/23   Entered 09/23/23 00:27:42   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2023 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 20 2023 23:40:38 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15111107 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 20 2023 23:39:47 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15111109 | + | Email/Text: Bankruptcy@ICSystem.com | Sep 20 2023 23:21:00 | I.C. System, Inc., Po Box 64378, Saint Paul, MN 55164-0378 |
| 15147663 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2023 23:39:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15111110 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2023 23:22:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15111112 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2023 23:22:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15120096 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2023 23:22:00 | Midland Funding, c/o Daniel Joseph Santucci, Esq., 1 International Plaza, 5th Fl, Philadelphia, PA 19113-1510 |
| 15141279 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2023 23:22:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15130242 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 20 2023 23:22:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15120543 | | Email/Text: bnc-quantum@quantum3group.com | Sep 20 2023 23:21:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15111114 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 20 2023 23:22:00 | Santander Consumer USA, Po Box 961275, Fort Worth, TX 76161-0275 |
| 15112083 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 21 2023 00:57:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15111115 | + | Email/Text: bknotices@totalcardinc.com | Sep 20 2023 23:22:00 | Total Visa/Bank of Missouri, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15145998 | | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2023 23:39:49 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15111116 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 20 2023 23:21:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 15111117 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 20 2023 23:21:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ACAR Leasing LTD dba GM Financial Leasing |
| cr | | FBC Mortgage, LLC |
| cr | *+ | Ally Bank Lease Trust, c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15111097 | *+ | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15120080 | *+ | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15120081 | *+ | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15111101 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15120084 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15120085 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15111099 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15120082 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |

Case 19-23349-JAD   Doc 81   Filed 09/22/23   Entered 09/23/23 00:27:42   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2023 | Form ID: pdf900 | Total Noticed: 33 |

| | | |
|---|---|---|
| 15120083 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15120086 | *+ | Cenlar Mortgage, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15120088 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15120087 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15111106 | *+ | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15120089 | *+ | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15120090 | *+ | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15111108 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15120091 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15120092 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15120093 | *+ | I.C. System, Inc., Po Box 64378, Saint Paul, MN 55164-0378 |
| 15111111 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15120094 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15120095 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15111113 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15120097 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15120098 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15120099 | *+ | Santander Consumer USA, Po Box 961275, Fort Worth, TX 76161-0275 |
| 15120100 | *+ | Total Visa/Bank of Missouri, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15120101 | * | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 15120102 | *+ | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 2 Undeliverable, 31 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 22, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Anthony M. Bucci asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor FBC Mortgage LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6