IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Anthony M. Bucci, ) | Case No. 19-23349 JAD |
| *Debtor* ) | Chapter 13 |
| ) | Related to Docket No. 90 |
| Anthony M. Bucci, ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Cenlar FSB, Midland Funding, Ally Financial, and ) | |
| Ronda Winnecour, Trustee, ) | |
| *Respondents* ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 20, 2024, I caused to be served a true and correct copy of the *Order of Court dated March 14, 2024,* U. S. First Class Mail, postage prepaid, upon the following persons and parties:

ALL PARTIES LISTED ON THE ATTACHED MAILING MATRIX.

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee
Office of the US Trustee

| | |
|---|---|
| March 25, 2024 | /s/ Abagale Steidl |
| DATE | Abagale Steidl, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | Suite 2830 – Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | asteidl@steidl-steinberg.com |
| | PA I. D. No.  319217 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-23349-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Mar 25 11:51:19 EDT 2024 | ACAR Leasing LTD d/b/a GM Financial Leasing<br>PO Box 183853<br>Arlington, TX 76096-3853 | ACAR Leasing LTD dba GM Financial Leasing<br>P.O Box 183853<br>Arlington, TX 76096-3853 |
| Ally Bank Lease Trust c/o AIS Portfolio Serv<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Bank Lease Trust, c/o AIS Portfolio Ser<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | AmeriCredit/GM Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 |
| Bank of Missouri<br>c/o Total Card, Inc.<br>2700 S. Lorraine Place<br>Sioux Falls, SD 57106-3657 | Anthony M. Bucci<br>11613 Dartmoor Dr.<br>North Huntingdon, PA 15642-6756 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Denise Carlon<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Cenlar Mortgage<br>425 Phillips Blvd<br>Ewing, NJ 08618-1430 | (p)CENLAR FSB<br>425 PHILLIPS BLVD<br>EWING NJ 08618-1430 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (p)BERNSTEIN BURKLEY PC<br>ATTN KERI EBECK<br>601 GRANT STREET<br>9TH FLOOR<br>PITTSBURGH PA 15219-4430 |
| First PREMIER Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First PREMIER Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | I.C. System, Inc.<br>Po Box 64378<br>Saint Paul, MN 55164-0378 |
| Jeffrey Costa Select Realty<br>600 Hayden Blvd. (Rte. 51)<br>Elizabeth, PA 15037-1600 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2710 |
| Midland Funding<br>320 E Big Beaver Rd Ste<br>Troy, MI 48083-1238 | Midland Funding<br>c/o Daniel Joseph Santucci, Esq.<br>1 International Plaza, 5th Fl<br>Philadelphia, PA 19113-1510 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Monroeville Chrysler Jeep<br>3651 William Penn Highway<br>Monroeville, PA 15146-2123 | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

| | | |
|---|---|---|
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 | Santander Consumer USA<br>Po Box 961275<br>Fort Worth, TX 76161-0275 |
| Melissa Steffey<br>Jeffrey Costa Select Realty<br>600 Hayden Blvd. (Rte.51)<br>Elizabeth, PA 15037-1600 | Abagale E. Steidl<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Total Visa/Bank of Missouri<br>Po Box 85710<br>Sioux Falls, SD 57118-5710 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Verizon Wireless<br>Attn: Bankruptcy<br>500 Technology Dr, Ste 550<br>Weldon Spring, MO 63304-2225 |
| Verizon Wireless<br>National Recovery Operations<br>Minneapolis, MN 55426 | S. James Wallace<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Cenlar, FSB<br>425 Phillips Boulevard<br>Ewing, NJ 08618 | Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ACAR Leasing LTD dba GM Financial Leasing | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (u)FBC Mortgage, LLC |

End of Label Matrix
Mailable recipients    44
Bypassed recipients     3
Total                  47