IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|    Anthony M. Bucci, | : | Case No. 19-23349 JAD |
|      *Debtor* | : | Chapter 13 |
| | : | Related to Document No. 93 & 94 |
| Ronda J. Winnecour, Trustee, | : | |
|      *Movant* | : | |
| | : | |
|    vs. | : | |
| | : | |
| Anthony M. Bucci, | : | |
|      *Respondent* | : | |

**STATUS REPORT REGARDING TRUSTEE'S CERTIFICATE OF DEFAULT REQUESTING DISMISSAL OF CASE**

AND NOW, comes the debtor, Anthony M. Bucci, by and through his attorney Abagale Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1. On April 10, 2024, the Trustee filed a Certificate of Default Requesting Dismissal of Case. A response to this was required by May 1, 2024.

2. A motion to extend time to respond to the Trustee's Certificate of Default Requesting Dismissal of Case was filed on May 2, 2024 and an extension was granted to May 16, 2024.

3. Debtor is not currently able to make a payment. He is intending to list the house for sale soon. The realtor has already been approved at the order filed at docket number 90.

WHEREFORE, the debtor, Anthony M. Bucci, respectfully files this status report.

                                          Respectfully submitted,

 May 17, 2024                       /s/ Abagale Steidl
      DATE                               Abagale Steidl, Esquire
                                          Attorney for the Debtor
                                          STEIDL & STEINBERG
                                          Suite 2830 – Gulf Tower
                                          707 Grant Street
                                          Pittsburgh, PA  15219
                                          (412) 391-8000
                                          PA I. D. No.  319217
                                          asteidl@steidl-steinberg.com