IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Anthony M. Bucci, | ) | Case No. 19-23349 JAD |
| *Debtor* | ) | Chapter 13 |
| | ) | Related to Docket No. 104 & 105 |
| Anthony M. Bucci, | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee | ) | |
| *Respondent* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 15, 2024, a true and correct copy of the *Order of Court dated July 12, 2024 together with the Amended Schedules A & C* was served by U.S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee
Office of the US Trustee


Date of Service: <u>July 15, 2024</u>          /s/ Abagale Steidl
                                              Abagale Steidl, Esquire
                                              Attorney for the Debtor
                                              STEIDL & STEINBERG
                                              2830 Gulf Tower - 707 Grant Street
                                              Pittsburgh, PA 15219
                                              (412) 391-8000
                                              asteidl@steidl-steinberg.com
                                              PA I.D. No. 319217

```
Label Matrix for local noticing          ACAR Leasing LTD d/b/a GM Financial Leasing    ACAR Leasing LTD dba GM Financial Leasing
0315-2                                   PO Box 183853                                  P.O Box 183853
Case 19-23349-JAD                        Arlington, TX 76096-3853                       Arlington, TX 76096-3853
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Mon Jul 15 09:09:01 EDT 2024

Ally Bank Lease Trust c/o AIS Portfolio Serv   Ally Bank Lease Trust, c/o AIS Portfolio Ser   AmeriCredit/GM Financial
4515 N. Santa Fe Ave. Dept. APS                4515 N Santa Fe Ave. Dept. APS                 Po Box 181145
Oklahoma City, OK 73118-7901                   Oklahoma City, OK 73118-7901                   Arlington, TX 76096-1145


Bank of Missouri                         Anthony M. Bucci                               Capital One
c/o Total Card, Inc.                     11613 Dartmoor Dr.                             Attn: Bankruptcy
2700 S. Lorraine Place                   North Huntingdon, PA 15642-6756                Po Box 30285
Sioux Falls, SD 57106-3657                                                              Salt Lake City, UT 84130-0285


Capital One                              Capital One Bank (USA), N.A.                   Denise Carlon
Po Box 30281                             by American InfoSource as agent                KML Law Group, P.C.
Salt Lake City, UT 84130-0281            PO Box 71083                                   701 Market Street
                                         Charlotte, NC  28272-1083                      Suite 5000
                                                                                        Philadelphia, PA 19106-1541


Cenlar Mortgage                          (p)CENLAR FSB                                  Credit One Bank
425 Phillips Blvd                        425 PHILLIPS BLVD                              Attn: Bankruptcy Department
Ewing, NJ 08618-1430                     EWING NJ 08618-1430                            Po Box 98873
                                                                                        Las Vegas, NV 89193-8873


Credit One Bank                          Duquesne Light Company                         (p)BERNSTEIN BURKLEY PC
Po Box 98872                             c/o Bernstein-Burkley, P.C.                    ATTN KERI EBECK
Las Vegas, NV 89193-8872                 707 Grant Street, Suite 2200, Gulf Tower       601 GRANT STREET
                                         Pittsburgh, PA 15219-1945                      9TH FLOOR
                                                                                        PITTSBURGH PA 15219-4430


First PREMIER Bank                       First PREMIER Bank                             I.C. System, Inc.
3820 N Louise Ave                        Attn: Bankruptcy                               Po Box 64378
Sioux Falls, SD 57107-0145               Po Box 5524                                    Saint Paul, MN 55164-0378
                                         Sioux Falls, SD 57117-5524


Jeffrey Costa Select Realty              LVNV Funding, LLC                              Midland Funding
600 Hayden Blvd. (Rte. 51)               Resurgent Capital Services                     2365 Northside Dr Ste 300
Elizabeth, PA 15037-1600                 PO Box 10587                                   San Diego, CA 92108-2710
                                         Greenville, SC 29603-0587


Midland Funding                          Midland Funding                                Midland Funding LLC
320 E Big Beaver Rd Ste                  c/o Daniel Joseph Santucci, Esq.               PO Box 2011
Troy, MI 48083-1238                      1 International Plaza, 5th Fl                  Warren, MI 48090-2011
                                         Philadelphia, PA 19113-1510


Monroeville Chrysler Jeep                Office of the United States Trustee            PRA Receivables Management, LLC
3651 William Penn Highway                1000 Liberty Avenue                            PO Box 41021
Monroeville, PA 15146-2123               Suite 1316                                     Norfolk, VA 23541-1021
                                         Pittsburgh, PA 15222-4013
```

| | | |
|---|---|---|
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 | Santander Consumer USA<br>Po Box 961275<br>Fort Worth, TX 76161-0275 |
| Melissa Steffey<br>Jeffrey Costa Select Realty<br>600 Hayden Blvd. (Rte.51)<br>Elizabeth, PA 15037-1600 | Abagale E. Steidl<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Total Visa/Bank of Missouri<br>Po Box 85710<br>Sioux Falls, SD 57118-5710 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Verizon Wireless<br>Attn: Bankruptcy<br>500 Technology Dr, Ste 550<br>Weldon Spring, MO 63304-2225 |
| Verizon Wireless<br>National Recovery Operations<br>Minneapolis, MN 55426 | S. James Wallace<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Cenlar, FSB<br>425 Phillips Boulevard<br>Ewing, NJ 08618 | Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ACAR Leasing LTD dba GM Financial Leasing | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (u)FBC Mortgage, LLC |

End of Label Matrix
Mailable recipients    44
Bypassed recipients     3
Total                  47