UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Anthony M. Bucci, ) | Case No. 19-23349 JAD |
| *Debtor* ) | Chapter 13 |
| ) | Docket No. |
| Anthony M. Bucci, ) | |
| *Movant* ) | Related to ECF 101, 111 |
| ) | |
| vs. ) | |
| ) | |
| Cenlar FSB, Midland Funding, Ally Financial, and ) | |
| Ronda Winnecour, Trustee, ) | |
| *Respondents* ) | |

**CONSENT ORDER OF COURT TO WAIVE SALE ADVERTISING REQUIREMENT**

AND NOW, to wit, this 19th day of July, 2024, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) W.PA.LBR 6004-2 (a) allows for the sale of property in a chapter 13 case without meeting the publication requirement found in W.PA.LBR 6004-1 when the funds received by the trustee from the sale of real property are enough to pay one hundred percent (100%) of the amount owed to creditors with allowed claims;

2) W.PA.LBR 6004-2 (a) requires a stipulation between the Debtor and the Chapter 13 Trustee regarding the lack of necessity for the advertising of said sale.

3) The offer for the purchase of the property located at 11613 Dartmoor Drive, North Huntingdon, PA 15642 with parcel number 54-11-05-0-121, is believed to be enough to pay the closing costs, pay the mortgage in full, and to pay 100% to the timely filed unsecured creditors, and therefore, advertising in the general circulation paper and the county legal journal is not necessary. The sale has been uploaded to the EASI website.

4) Net proceeds to be paid to the Trustee shall be, after deduction of Trustee fees, first earmarked to pay prepetition general unsecured creditors 100%, with any remainder to be then used for general plan funding. This provision is deemed incorporated into the Sale order and Plan.

_____
JEFFERY A. DELLER    jah
UNITED STATES BANKRUPTCY JUDGE

/s/ Owen Katz
Owen Katz, Esquire
Office of the Ch. 13 Trustee

/s/ Abagale Steidl
Abagale Steidl, Esquire
Attorney for the Debtor

FILED
7/19/24 10:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23349-JAD |
| Anthony M. Bucci | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 19, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony M. Bucci, 11613 Dartmoor Dr., North Huntingdon, PA 15642-6756 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Anthony M. Bucci asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor FBC Mortgage  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 19, 2024 | Form ID: pdf900 | Total Noticed: 1 |

S. James Wallace
                         on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 6