Certificate Number: 13858-PAW-DE-038821038

Bankruptcy Case Number: 19-23349



13858-PAW-DE-038821038

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 30, 2024, at 2:52 o'clock PM EDT, Anthony M. Bucci completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: August 30, 2024

By: /s/Marco Vera

Name: Marco Vera

Title: Counselor