IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Anthony M. Bucci, ) | Case No. 19-23349 JAD |
| *Debtor* ) | Chapter 13 |
| ) | Docket No. |
| Anthony M. Bucci, ) | |
| *Movant* ) | Related to Document No. 118 & 119 |
| ) | |
| vs. ) | |
| ) | |
| Ronda Winnecour, Trustee, ) | |
| *Respondents* ) | |

**CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that on September 5, 2024, a true and correct copy of the *Motion To Amend The Order Of Court Granting Motion To Sell Property Dated September 3, 2024, At Docket No. 117 together With Request For Expedited Hearing Pursuant To Local Bankruptcy Rule 9013-2* was served by the following methods, upon the following persons and parties:

**USPS**
Full case mailing matrix

**Email**
Anthony Bucci - abucci0327@gmail.com
Denise Carlon, Esq. - dcarlonck@mlawgroup.com
Credit One Bank - cinthya.avila@creditonebank.com
Duquesne Light - kebeck@bernsteinlaw.com
IC System - info@icsystem.com
Midland Funding - danielsantucci@mcmcg.com
PRA Receivables - pracustomercare@portfoliorecovery.com
PA Dept. of Revenue - acarr@attorneygeneral.gov
Melissa Steffey, Realtor - melissa@pghrealestate.com
S. James Wallace, Esq. - sjw@gmwpdlaw.com
Ronda Winnecour, Esq. - okalz@chapter13trusteewdpa.com
Nikaela Connelly, Realtor - nikaelakarcher@gmail.com

**Fax**
ACAR Leasing/GM Financial (416)753-4100
Ally Bank (866) 699-2969
Bank of Missouri (573) 547-1826
Capital One (888) 435-4217
Cenlar Mortgage (843) 413-7133
First Premier Bank (605)-336-6499
LVNV Funding (888) 546-7697
Midland Funding (888) 309-6977

Premier Bankcard (920) 568-8958
Quantum 3 Group (425) 242-7101
Santander Consumer (800) 417-0251
Synchrony Bank (844) 713-2595
Total Visa/Bank of Missouri (573)547-1826
Verizon (877) 263-2907

Date of Service: September 5, 2024

/s/Abagale E. Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
asteidl@steidl-steinberg.com
PA I.D. No. 319217