FILED
9/3/24 4:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Anthony M. Bucci, ) | Case No. 19-23349 JAD |
|     *Debtor* ) | Chapter 13 |
| ) | Docket No. 101 |
| Anthony M. Bucci, ) | |
|     *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Cenlar FSB, Midland Funding, Ally Financial, and ) | |
| Ronda Winnecour, Trustee, ) | |
|     *Respondents* ) | |

**ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY
FREE AND DIVESTED OF LIENS**

AND NOW, this   3rd Day of September, 2024   , on consideration of the Debtor's Motion for Sale of Property Free and Divested of Liens to Troy R. Rupert and Marlainia A. Eldred, for $399,000.00, after hearing held, this date, the Court finds:

(1) That service of the Notice of Hearing and Order setting hearing on said Motion for private sale of real property free and divested of liens of the above-named Respondent, was effected on the following secured creditors whose liens are recited in said Motion for Private sale, viz:

**DATE OF SERVICE**     **NAME OF LIENOR AND SECURITY**

**July 10, 2024**     **Cenlar FSB
425 Phillips Boulevard
Ewing, NJ 08618**

**July 10, 2024**     **KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106**

**July 10, 2024**     **Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219**

**July 10, 2024**     **Midland Funding
Attn: Ryan Bell, COO
350 Camino De La Reina, Suite 100
San Diego, CA 92108**

(2) That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the moving party as shown by the certificate of serviced duly filed and that the named parties were duly served with the Motion.

(3) That said sale hearing was duly advertised on the Court's website pursuant to *W.PA LBR 6004-1(c)(2)* on _____. Further advertisement was not necessary under W. PA. LBR 6004-2(a).

(4) That at the sale hearing the highest/best offer received was that of the above Purchasers and no objections to the sale were made which would result in cancellation of said sale.

(5) That the price of $399,000.00 by Troy R. Rupert and Marlainia A. Eldred was a full and fair price for the property in question.

(6) That the Buyer has acted in good faith with respect to the within sale in accordance with *In Re: Abbotts Dairies of Pennsylvania, Inc.*, 788 F2d.143 (*3d Cir. 1986).

Now therefore, **IT IS ORDERED, ADJUDGED AND DECREED**, that the sale by Special Warranty deed of the real property described 11613 Dartmoor Drive, North Huntingdon, PA 15642 in Westmoreland County is hereby **CONFIRMED** to Troy R. Rupert and Marlainia A. Eldred for $399,000.00, free and divested of the above recited liens and claims, and, that the Movants are authorized to make, execute and deliver to the Buyers above named the necessary deed and/or other documents required to transfer title to the property purchased upon compliance with the terms of sale;

IT IS FURTHER ORDERED, that the above recited liens and claims, be, and they hereby, are, transferred to the proceeds of sale, if and to the extent they may be determined to be valid liens against the sold property, that the within decreed sale shall be free, clear and divested of said liens and claims;

FURTHER ORDERED, that the following expenses/costs shall immediately be paid at the time of closing. *Failure of the closing agent to timely make and forward the disbursements required by this Order will subject the closing agent to monetary sanctions*, including among other things, a fine or the imposition of damages, after notice and hearing, for failure to comply with the above terms of this Order. Except as to the distribution specifically authorized herein, all remaining funds shall be held by Counsel for Movant pending further Order of this Court after notice and hearing.

(1) The following liens(s)/claim(s) and amounts; Cenlar FSB in the approximate amount of $228,505.12. The exact pay-off amounts will be determined when the closing agent obtains the pay-offs at the time of the closing. **The mortgage will be paid in full at the time of closing;**

(2) The judgment lien with Midland Funding will *not* be paid as this lien was avoided as part of the Debtor's bankruptcy case. This lien shall be considered to be satisfied and shall not cloud the title on this transaction.

(3) Delinquent real estate taxes and municipal fees, if any;

(4) Current real estate taxes, pro-rated to the date of closing;

(5) Normal closing costs including title search, legal fees, revenue stamps, and any other normal and necessary closing costs;

(6) The Court approved realtor commission in the amount of 5.5% plus $490;

(7) The Court approved attorney fees in the amount of $2,830.00 payable to Steidl & Steinberg, P.C. 707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15219;

(8) The Court filing fee of $199.00 payable to Steidl & Steinberg, P.C. 707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15219;

(9) Chapter 13 Trustee "percentage fees" in the amount of $ 2,276.84 payable to "*Ronda J. Winnecour, Ch. 13 Trustee, P. O. Box 2587, Pittsburgh, PA 15230*";

(10) Debtor's spouse, Tiffany Stemler will receive fifty percent (50%) of the net proceeds after distributions are made pursuant to paragraphs one (1) through eleven (9) are paid;

(11) The Debtor is to receive up to $24,790.00 pursuant to 11 U.S.C. §522(d)(1); and,

(12) The "net proceeds" from the closing as identified on the ALTA or HUD-1 to the Chapter 13 Trustee payable to "*Ronda J. Winnecour, Ch. 13 Trustee. P. O. Box 84051, Chicago, IL*

   *60689-4002*" to be first used to pay unsecured creditors up to 100%, with any surplus to then be used for general plan funding;

(13) Other:_____.

FURTHER ORDERED that:

(1) ***Within seven (7) days of the date of this Order,*** the Movants/Plaintiffs shall serve a copy of the within *Order* on each Respondents/Defendants (i.e., each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who answered the motion or appeared at the hearing, the attorney of the Debtors, the Closing Agent, the Purchasers, and the attorney for the Purchasers, if any, and file a certificate of service.

(2) ***Closing shall occur within ninety (90) days of this Order.***

(3) ***Within seven (7) days following closing,*** the Movants/Plaintiffs shall file a ***Report of Sale*** which shall include a copy of the HUD-1 or other Settlement Statement; and,

(4) This *Sale Confirmation Order* survives any dismissal or conversion of the within case.

(5) The sale of the property is "as is, where is".

(6) The U.S. Bankruptcy Court retains jurisdiction over any litigation associated with this sale.

(7) Counsel for the Debtors is to serve this Order on the Debtor. **It is the responsibility of the Debtors to ensure that this signed Order is served on the real estate agent. It is the real estate agent's responsibility to ensure that this Order reaches the closing agent and that distribution occurs in accordance with this signed Order of Court.**

DATED: September 3, 2024   _____
              Honorable Jeffery A. Deller  **jsf**
              United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23349-JAD |
| Anthony M. Bucci | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 03, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2024:**

**Recip ID       Recipient Name and Address**
db           + Anthony M. Bucci, 11613 Dartmoor Dr., North Huntingdon, PA 15642-6756

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 05, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2024 at the address(es) listed below:

**Name**               **Email Address**

Abagale E. Steidl
on behalf of Debtor Anthony M. Bucci asteidl@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Denise Carlon
on behalf of Creditor FBC Mortgage  LLC dcarlon@kmllawgroup.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Sep 03, 2024 | Form ID: pdf900 | Total Noticed: 1 |

S. James Wallace
                on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 6