**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ANTHONY M. BUCCI<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:19-23349 JAD<br><br>Document No.: |

## TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/26/2019 and confirmed on 10/24/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 140,933.03 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 140,933.03 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,324.57 | |
|    Trustee Fee | 6,180.23 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,504.80 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CENLAR FSB<br>    Acct: 0312 | 94,878.50 | 94,878.50 | 0.00 | 94,878.50 |
|   CENLAR FSB<br>    Acct: 0312 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 94,878.50 |
| **Priority** | | | | |
|   ABAGALE E STEIDL ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ANTHONY M. BUCCI<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ANTHONY M. BUCCI<br>    Acct: | 16.69 | 0.00 | 0.00 | 0.00 |
|   STEIDL & STEINBERG PC<br>    Acct: | 3,400.00 | 3,324.57 | 0.00 | 0.00 |
|   STEIDL & STEINBERG PC<br>    Acct: | 3,000.00 | 0.00 | 0.00 | 0.00 |
|   ACAR LEASING LTD D/B/A GM FINANCIAL<br>    Acct: 2707 | 6,061.46 | 6,061.46 | 0.00 | 6,061.46 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL | 17,278.87 | 17,278.87 | 0.00 | 17,278.87 |
| Acct: 6272 | | | | |
| ALLY BANK LEASE TRUST(*) | 34,996.80 | 10,189.09 | 0.00 | 10,189.09 |
| Acct: 4988 | | | | |
| ALLY BANK LEASE TRUST(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4988 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 16.69 | 16.69 | 0.00 | 16.69 |
| Acct: XXXXXXXXXXXXXXXXX3349 | | | | |
| RONDA J WINNECOUR PA ID #30399** | 2,276.84 | 2,276.84 | 0.00 | 2,276.84 |
| Acct: $/OE | | | | |
| | | | | 35,822.95 |
| **Unsecured** | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 2,985.91 | 168.58 | 0.00 | 168.58 |
| Acct: 9785 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 578.34 | 32.65 | 0.00 | 32.65 |
| Acct: 8172 | | | | |
| LVNV FUNDING LLC | 415.39 | 23.45 | 0.00 | 23.45 |
| Acct: 1948 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 1,048.41 | 59.19 | 0.00 | 59.19 |
| Acct: 8424 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 508.99 | 28.74 | 0.00 | 28.74 |
| Acct: 2054 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8004 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7003 | | | | |
| MIDLAND FUNDING LLC | 1,368.99 | 77.29 | 0.00 | 77.29 |
| Acct: 8978 | | | | |
| SANTANDER CONSUMER USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| BANK OF MISSOURI | 380.94 | 21.51 | 0.00 | 21.51 |
| Acct: 9568 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 1,098.60 | 62.03 | 0.00 | 62.03 |
| Acct: 0001 | | | | |
| QUANTUM3 GROUP LLC AGNT-CREDIT C | 3,316.85 | 187.27 | 0.00 | 187.27 |
| Acct: 7525 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 1,170.22 | 66.07 | 0.00 | 66.07 |
| Acct: 4273 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5856 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 726.78 |

TOTAL PAID TO CREDITORS                                                                                                    131,428.23

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 60,630.66 |
| SECURED | 94,878.50 |
| UNSECURED | 12.872.64 |

Date: 09/11/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com