# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Anthony M. Bucci**<br>Debtor(s) | **BK NO. 19-23349 JAD**<br><br>**Chapter 13** |
| **FBC MORTGAGE, LLC**<br>Movant<br><br>vs. | **Related to Claim No. 13-1** |
| **Anthony M. Bucci**<br>Debtor(s) | |
| **Ronda J. Winnecour**,<br>Trustee | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 2, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Anthony M. Bucci
11613 Dartmoor Drive
North Huntingdon, PA 15642

Attorney for Debtor(s)
Abagale E. Steidl, Steidl & Steinberg
707 Grant Street, 28th Floor - Gulf Tower
Pittsburgh, PA 15219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: December 2, 2022

/s/Brian C. Nicholas Esquire
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com